**Dated: October 28, 2026**

**The following is ORDERED:**

Janice D. Loyd
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 19-15116-JDL |
| Dewey E. Wilson, | § | |
| Patsy L. Wilson, | § | |
| | § | Chapter 13 |
| Debtors. | § | |

**AGREED ORDER**
**GRANTING DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN**
**RESOLVING TRUSTEE'S MOTION TO DISMISS**
**AND GRANTING ATTORNEY COMPENSATION**

On 10/05/2026, Debtors above named, filed a Motion to Modify the terms of their confirmed Chapter 13 Plan (Doc #111). Notice was served upon all interested parties on 10/05/2026, pursuant to Local Rule 9007. Objections were due by 10/26/2026. No Objections to Debtors' Motion have been filed.

For this and other good cause being shown, it is hereby ORDERED, ADJUDGED AND DECREED Debtors' Motion to Modify be and the same is hereby GRANTED. Upon representation of debtors' counsel, to wit:

1. This resolves the Trustee's Motion to Dismiss.

2. Debtors are considered current through September, 2026.

3. Payment will be $2,684.00, beginning October, 2026, through the end of the plan.

4. Debtors' son Patrick Wilson is presenting this proposed order under his authority as Administrator of the Estate of Debtors, by and through his attorney Timothy L. Wallace.

5. $750.00 in attorney's fees is granted, to be paid through the Plan at the rate approved by the Guidelines approved by the court.

6. Counsel for Debtors shall serve this Order upon interested parties.

All findings of fact are based upon representation of counsel for debtors.

IT IS SO ORDERED.

###

APPROVED:

s/ Timothy L. Wallace
Timothy L. Wallace OBA #18889
Wallace Law Firm, P.C.
1112 SW 59th Street
Oklahoma City, Oklahoma 73109
Telephone (405) 688-4444
Fax (405) 622-5650
Attorney for Debtor
lawcenter@lawcenter.us

s/ David S. Burge
David S. Burge, OBA # 31505
321 Dean A. McGee Ave.
PO Box 1948
Oklahoma City, OK 73101
Telephone (405) 236-4843
Fax (405) 236-1004
Attorney for the Chapter 13 Trustee
13trustee@chp13okc.com